

*[Handwritten margin notes: "8/12/15 After a review of the report and recommendations, denial of appealability, Court adopts the report and denies the petition." and "(Paul Barbadoro?)"]*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | No. 09-10092-PBS |
| FERMIN GUEVARA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## REPORT AND RECOMMENDATION
## March 26, 2015

Hennessy, M.J.

Proceeding *pro se*, Defendant Fermin Guevara has filed a motion to vacate pursuant to 28 U.S.C. § 2255. (Docket #208). Pursuant to 28 U.S.C. § 636(b)(1)(B) and an Order referring the petition to me, (Docket #213), I recommend that Guevara's motion be denied.

## I. Factual Background

On appeal, the First Circuit Court of Appeals found the following facts to be supported by the record:

> Guevara regularly traveled from Boston to Peru to visit family and friends. While in Peru in November 2008, he was introduced to Patricia Lecaros-Velasquez[1], an interior designer who had worked as a paid informant for both the Drug Enforcement Administration ("DEA") and the equivalent Peruvian drug agency. Lecaros-Velasquez testified that the mutual friend who introduced them did not know that she was a drug informant, and the meeting was not set up to discuss drug dealing. The friend, however, had told Lecaros-Velasquez that he had once lived with Guevara in Boston and that drugs had been sold from the house where they lived.
>
> In their first meeting, at the Haiti Restaurant in Miraflores, Guevara told Lecaros-Velasquez that he had traveled to Peru to find a supplier for "chickens" and "animals," which Lecaros-Velasquez understood as coded references to drugs. She offered to introduce Guevara to a supplier, and Guevara then made a phone call to his boss, whom he called "Peluche." Lecaros-Velasquez also spoke briefly

---

[1] Lecaros-Velasquez is referred to as "Cathy" in both Guevara's motion and the United States' response.